UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| INSTITUTE OF INSPECTION, CLEANING AND RESTORATION CERTIFICATION (IICRC), a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TEXTILE CONSULTANTS, INC., a Colorado corporation; and LARRY S. COOPER, in his individual and personal capacity,<br><br>Defendants. | Case No. C13-05695<br><br>ORDER CONCERNING CONDUCT AND LOCATION OF TRIAL |

THIS MATTER having come before the Court on the joint motion of the parties for trial of this matter to the Court at the Federal Building, Vancouver, Washington, and the parties having agreed that trial in this matter may be conducted within four days, commencing on February 24, 2015; the Court, having considered the matter, finds good cause to GRANT the joint motion. NOW, THEREFORE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial of this matter shall be to the Court and trial shall be held at the Federal Building in Vancouver, Washington, commencing on February 24, 2015.

DATED this 5th day of November, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Order - 1